

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT OF CASE
TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to a Magistrate Judge.

Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions. Appeal will be directly to the United States Court of Appeals for the Ninth Circuit.

Attached is a form to complete to indicate whether you consent to proceed before the assigned magistrate judge or decline to proceed before the assigned magistrate judge. This form is also available from the Court's website: cand.uscourts.gov/civilforms. You are free to withhold consent without adverse consequences. If any party declines, the case will be reassigned to a district judge.

If you are the plaintiff or removing party in this case, you must file your consent/declination form within 14 days of receipt of this notice. Each other party must file its consent/declination form within 14 days of appearing in the case.

The plaintiff or removing party must serve a copy of this notice upon all other parties to this action.

1

2

3                        UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5

6                                              Case No. C

7                                              CONSENT OR DECLINATION
                    Plaintiff(s)               TO MAGISTRATE JUDGE
8           v.                                 JURISDICTION

9

10                 Defendant(s).

11   **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party)
     or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge
12   jurisdiction in this matter. Sign this form below your selection.

13       ☐  **Consent to Magistrate Judge Jurisdiction**

14
             In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a
15   United States magistrate judge conduct all further proceedings in this case, including trial and
     entry of final judgment. I understand that appeal from the judgment shall be taken directly to the
16   United States Court of Appeals for the Ninth Circuit.

17       **OR**

18
         ☐  **Decline Magistrate Judge Jurisdiction**
19
             In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States
20   magistrate judge conduct all further proceedings in this case and I hereby request that this case
     be reassigned to a United States district judge.
21

22

23   DATE: _____        NAME: _____

                                           COUNSEL FOR
24                                         (OR "PRO SE"): _____

25
                                           *Bing Ryan*
26                                           _____
                                                      *Signature*
27

28

United States District Court
Northern District of California