United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING HUANQIU ZHONGLIAN INVESTMENT CONSULTING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BAR WORKS CAPITAL, LLC, et al., <br><br> Defendants. | Case No.  20-cv-01903-KAW <br><br> **ORDER TO SHOW CAUSE RE PROPOSED ORDER** <br><br> Re: Dkt. No. 41 |

On October 10, 2021, Plaintiff filed a motion for default judgment.  (Dkt. No. 39.)  On October 12, 2021, the Court ordered Plaintiff to file a proposed order by the reply deadline, which was November 1, 2021.  (Dkt. No. 41.)  To date, Plaintiff has not filed the proposed order.  Accordingly, the Court ORDERS Plaintiff to show cause, by **November 5, 2021**, why Plaintiff's motion for default judgment should not be denied for failure to comply with the Court's order by: (1) filing the proposed order, which shall be structured as outlined in Attachment A of the Court's October 12, 2021 order, and (2) explaining why Plaintiff failed to comply.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge