UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEIJING HUANQIU ZHONGLIAN INVESTMENT CONSULTING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BAR WORKS CAPITAL, LLC, et al., <br><br> Defendants. | Case No. 20-cv-01903-JD <br><br> **ORDER RE REPORT AND RECOMMENDATION** <br><br> Re: Dkt. No. 50 |

Plaintiff Beijing Huanqiu Zhonglian Investment Consulting Co., Ltd., a Chinese investment company, sued defendants Bar Works Capital, LLC, Bar Works Management Inc., and Renwick Haddow, for breach of contract, fraud, and unjust enrichment under California state law. Dkt. No. 1. Plaintiff alleged that Haddow operated a Ponzi scheme based on the Bar Works entities, which he portrayed to investors as profitable work-space real estate ventures. *Id.* ¶ 12. Haddow is currently incarcerated in the New York Metropolitan Correctional Center and awaits sentencing on a federal securities fraud conviction.

A magistrate judge filed a report and recommendation of entry a default judgment against Haddow in the amount of $5,778,706.85. Dkt. No. 50 at 8. Plaintiff sent the motion for default judgment to Haddow's attorney by email and certified mail on October 10, 2021. Dkt. No. 39 at 9. Haddow did not file an opposition or appear at the hearing held on November 18, 2021, or otherwise respond to the motion. He also did not file a response or objection to the report and recommendation.

The Court has some concern about the amount of the default judgment, particularly in light of Haddow's incarceration. Even so, the report by the magistrate establishes that Haddow and his attorney were given adequate notice of the default proceedings, and other events in the case.

Consequently, the recommendation is adopted, and a default judgment in favor of plaintiff will be entered in the amount of $5,778,706.85, which includes $4.2 million in damages and 10% in prejudgment interest pursuant to California Civil Code § 3287.  If circumstances warrant, Haddow may ask to re-open the judgment as permitted by applicable law.

**IT IS SO ORDERED.**

Dated:  January 3, 2022

JAMES DONATO
United States District Judge